**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Monique Jaspar

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-09-161 EJG |
| Plaintiff, | ) REQUEST TO MODIFY SELF-<br>) SURRENDER DATE TO |
| vs. | ) JUNE 15, 2012 |
| MONIQUE JASPAR | ) |
| Defendant | ) |

On August 26, 2011 the above named defendant was sentenced to five months imprisonment. Because defendant's juvenile daughter was not scheduled to graduate from high school until June 2012, at a specific date in June not then certain, defendant's self-surrender date was scheduled for June 1, 2012.

Assistant United States Attorney, Samantha Spangler, and defendant, through counsel, Michael B. Bigelow, now stipulate and agree that because defendant's daughter will graduate on June 13, 2012, defendant's self-surrender date may be

rescheduled for June 15, 2012.


DATED April 5, 2012          Respectfully submitted,


                             /S/ MICHAEL BRADY BIGELOW, Esq.
                             Michael B. Bigelow
                             Counsel for Monique Jaspar

**IT IS SO STIPULATED:**


Dated: April 5, 2012         /S/Samantha Spangler
                             AUSA SAMANTHA SPANGER,



Dated: April 5, 2012         /S/Michael B. Bigelow
                             MICHAEL B. BIGELOW,
                             Attorney for Defendant


                                 **ORDER**


     **IT IS HEREBY ORDERED:** Monique Jaspar may self-surrender to

the United States Marshal's Office on June 15, 2012 on or

before 12:00 Noon.

DATED: April 9,  2012

                             /s/ Edward J. Garcia


                             _____
                             Hon. EDWARD J. GARCIA
                             United States District Court Judge.