BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-Cr.-0161 WBS |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO TOBBIYON JERMAINE SIMON |
| v. | |
| TOBBIYON JERMAINE SIMON, et al., | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing the indictment, filed on April 9, 2009, as to Tobbiyon Jermaine Simon. The government has received a certified copy of the death certificate of defendant Tobbiyon Jermaine Simon indicating that the defendant died on May 24, 2013. Accordingly, the government moves to dismiss all charges against Tobbiyon Jermaine Simon in the pending Indictment.

DATED:      July 10, 2013

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Lee S. Bickley_____
                                            LEE S. BICKLEY
                                            Assistant United States Attorney

1

BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOBBIYON JERMAINE SIMON, et al.,<br><br>Defendants. | CASE NO. 2:09-Cr.-0161 WBS<br><br>ORDER DISMISSING INDICTMENT AS TO TOBBIYON JERMAINE SIMON |

Based on the government's motion to dismiss the indictment, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that all charges against TOBBIYON JERMAINE SIMON in the pending indictment filed on April 9, 2009, be hereby DISMISSED.

Dated: July 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE